# United States Court of Appeals
## For the First Circuit

---

No. 13-1632

UNITED STATES,

Appellee,

v.

JOSÉ A. GARCÍA-ORTIZ,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on July 6, 2015, is amended as follows:

On page 4, line 1, change "back seat" to "backseat".

On page 20, line 7, change "the" to "The".